DON A. HERNANDEZ (Cal. Bar No. 125119)
Don_Hernandez@gshllp.com
CRISTINA D. HERNANDEZ (Cal. Bar No. 283500)
Cristina_Hernandez@gshllp.com
GONZALEZ SAGGIO & HARLAN LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone:  (626) 440-0022
Facsimile:   (626) 792-1718

*Attorneys for Defendants*

*Deutsche Bank, AG; DBAH Capital, LLC;*

*and DB Investment Managers, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF LOS ANGELES, LOS ANGELES FIRE & POLICE PENSION *ex rel* MARCELLUS TAYLOR,<br><br>Plaintiffs,<br><br>v s .<br><br>DEUTSCHE BANK, AG; DBAH CAPITAL, LLC; and DB INVESTMENT MANAGERS, INC.,<br><br>Defendants. | Case No.  2:15-cv-05343_____<br><br>**Rule 7.1 Disclosure Statement of Defendants** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for defendants Deutsche Bank, AG; DBAH Capital, LLC; and DB Investment Managers, Inc. state as follows:

Defendant Deutsche Bank, AG, a publicly traded corporation, has no parent company and no publicly held corporation owns more than 10% of its stock.

Defendant DBAH Capital, LLC is indirectly wholly-owned by Deutsche Bank, AG.

Defendant DB Investment Managers, Inc. is indirectly wholly-owned by Deutsche Bank, AG.

DATED: July 15, 2015

**GONZALEZ SAGGIO & HARLAN LLP**

By: ___/s/ *Don A. Hernandez*___
Don A. Hernandez (Cal. Bar No. 125119)
Cristina D. Hernandez (Cal. Bar No. 283500)
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone:  (626) 440-0022
Facsimile:   (626) 792-1718
Don_Hernandez@gshllp.com
Cristina_Hernandez@gshllp.com

Peter L. Simmons (*pro hac vice* to be sought)
Samuel P. Groner (*pro hac vice* to be sought)
**FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP**
One New York Plaza
New York, New York 10004-1980
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000
peter.simmons@friedfrank.com
samuel.groner@friedfrank.com