**LOS ANGELES FIRE & POLICE PLACEMENT FEE ANALYSIS**

| 2007 | Amount | Placement Agent |
|---|---|---|
| Apollo | $40 | julio ramirez/*marc correra\** |
| Ares | 35 | dan weinstein/*marc correra\** |
| *total Aldus  investment* | *75* | |
| *total pay-to-play* | *75* | |
| *% pay-to-play* | *100%* | |

| 2008 | Amount | Placement Agent |
|---|---|---|
| Bridgepoint | $37 | |
| Platinum | 30 | julio ramirez/*marc correra\** |
| Vista | 30 | marvin rosen |
| Levine Leichtman | 25 | dan weinstein/*marc correra\** |
| Arcis | 20 | |
| Crestview | 25 | marvin rosen |
| GI Partners | 20 | |
| Clayton Dubilier | 30 | julio ramirez/*marc correra\** |
| Thoma Bravo | 20 | julio ramirez/*marc correra\** |
| Atlas | 20 | |
| Candover | 26 | |
| *total Aldus investment* | *$283* | |
| *total pay-to-play* | *$160* | |
| *% pay-to-play* | *56.5%* | |

| 2009 | Amount | Placement Agent |
|---|---|---|
| Angelo Gordon | $35 | julio ramirez |
| Newstone | 35 | julio ramirez/*marc correra\** |
| Ares | 30 | dan weinstein/*marc correra\** |
| Odyssey | 22 | julio ramirez |
| *total Aldus investment* | *$122* | |
| *total pay-to-play* | *$122* | |
| *% pay-to-play* | *100%* | |

| 2007-2009 TOTAL PAY-TO-PLAY DOLLARS | | |
|---|---|---|
| *grand total Aldus* | *$480* | |
| *total pay-to-play* | *$357* | |
| *% pay-to-play* | *74%* | |

| 20078-2009 TOTAL PAY-TO-PLAY FUNDS | | |
|---|---|---|
| *grand total* | *17* | |
| *total pay-to-play* | *12* | |
| *% pay-to-play* | *71%* | |

| *New Mexico Overlapping Pay-to-Play Funds* | | |
|---|---|---|
| # NM funds | 8 | 47% |
| $ NM dollars | $245 | 51% |

*\* indicates recycled New Mexico Fund.*

**EXHIBIT A**